IN RE FORECLOSURE OF MILLS

No. 361P84.

Case below: 68 N.C. App. 694.

Petition by Horace Smith for discretionary review under G.S. 7A-31 denied 2 October 1984.

INDUSTRIAL & TEXTILE PIPING v. INDUSTRIAL RIGGING

No. 461P84.

Case below: 69 N.C. App. 511.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 2 October 1984.

KENNEY v. MEDLIN CONSTRUCTION & REALTY

No. 318P84.

Case below: 68 N.C. App. 339.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 October 1984.

LARGENT v. ACUFF

No. 462P84.

Case below: 69 N.C. App. 439.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 2 October 1984.

LOWDER v. ROGERS

No. 337P84.

Case below: 68 N.C. App. 507.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 2 October 1984.